UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT ANDREW ESPARZA,<br><br>    Petitioner,<br><br>    v.<br><br>GARY SANDOR, WARDEN,<br><br>    Respondent. | Case No. EDCV 14-638 DDP (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

    DATED: September 4, 2015

                                          _____
                                          Dean D. Pregerson
                                          United States District Judge