UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT ANDREW ESPARZA, ) | Case No. EDCV 14-638-DDP(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| GARY SANDOR, Warden, ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 4, 2015

_____
Dean D. Pregerson
United States District Judge